MURPHY, Circuit Judge,
concurring.
I join sections I, II, and III of the majority opinion. I also join in the result and in section IV except to the extent that it holds Mozee has satisfied the third prong of the plain-error test. I would not reach that relatively difficult question because, for the reasons given in the majority opinion, Mozee cannot in any event meet his burden of demonstrating that the district court’s error seriously affected the fairness, integrity, or public reputation of judicial proceedings. See United States v. Cotton, 535 U.S. 625, 632-33, 122 S.Ct. 1781, 152 L.Ed.2d 860 (2002) (“[W]e need not resolve ... [the third prong of plain-error review], because even assuming respondents’ substantial rights were affected, the error did not seriously affect the fairness, integrity, or public reputation of judicial proceedings.”); Johnson v. United States, 520 U.S. 461, 469-70, 117 S.Ct. 1544, 137 L.Ed.2d 718 (1997); United States v. Gonzalez-Huerta, 403 F.3d 727, 736 (10th Cir.2005) (en banc).